# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KANEISHA CONNER** | **CIVIL ACTION NO.** |
| **VERSUS** | **20-667-EWD** |
| **TRANSFINANCIAL COMPANIES, INC.** | **CONSENT CASE** |

## ORDER AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal ("Dismissal"), filed by the parties.[1] In the Dismissal, the parties stipulate to dismiss this action with prejudice.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, and DECREED** that the Joint Stipulation of Dismissal, filed by Plaintiff Kaneisha Conner and Defendant Transfinancial Companies, Inc.,[2] is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on September 15, 2022.

*[signature: Erin Wilder-Doomes]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 15.
[2] R. Doc. 15.